PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California 94109
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
PETER McKEAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLIFTON BURCH and PETER McKEAN, <br><br> Defendants. | CR-17-0175 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON NEW TRIAL MOTION AND SENTENCING HEARING OF DEFENDANT PETER McKEAN** |

The United States of America, by its counsel, David L. Anderson, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") William Frentzen, and the defendant, PETER McKEAN, by his attorney, Peter Goodman, hereby stipulate and agree as follows:

1.  On February 20, 2019, after a joint jury trial, the defendants were found guilty of conspiring to defraud the government and conspiring to commit wire and mail fraud as alleged in Counts One and Two of the Superseding Indictment (ECF 395). A sentencing hearing was set for June 19, 2019.

2.  On March 1, the Court granted the defendants' requests for an extension of time to file new trial motions. A hearing on their motions was set for June 24, 2019, and their previous sentencing date of June 19, 2019, was vacated (ECF 402).

3. On March 14, 2019, the Court set June 24, 2019, as the sentencing date for defendants BURCH and McKEAN and reset the sentencing dates of four related defendants, ERIC WORTHEN, TAJ REID, DERF BUTLER and ANTON KALAFATI, to the same date.

4. On May 1, 2019, the Court issued a stipulated order continuing the date for the hearing on defendant BURCH's motion for new trial and his sentencing date to August 28, 2019 (ECF 410).

5. Defendants BURCH and McKEAN were jointly charged with participating in the two conspiracies alleged in the Superseding Indictment and went to trial together. Counsel for defendant McKEAN believes that certain rulings made by the Court during the course of the trial impacted both defendants and at least some of the arguments he and newly retained counsel for defendant BURCH intend to raise in their respective new trial motions are intertwined and best heard together rather than separately.

6. Counsel for defendant McKEAN has spoken to United States Probation Officer Monica Romero, who will be preparing the Presentence Investigation Report in defendant McKEAN's case, and she is not opposed to the continuance sought herein.

7. The parties hereby stipulate and agree that the hearing on the new trial motion counsel for defendant McKEAN intends to file and the defendant's sentencing hearing in his case should be continued to August 28, 2019.

SO STIPULATED

DATED: May 1, 2019

DAVID L. ANDERSON
United States Attorney

By: /s/
WILLIAM FRENTZEN
Assistant United States Attorney

///

///

SO STIPULATED

DATED: May 1, 2019

/s/<br>
PETER GOODMAN<br>
Attorney for Defendant<br>
PETER McKEAN

**STIPULATED ORDER CONTINUING HEARING ON
NEW TRIAL MOTION AND SENTENCING HEARING**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the hearing on defendant PETER McKEAN's motion for a new trial and his sentencing hearing be continued from June 24, 2019, to August 28, 2019, at 1:30 p.m.

DATED: May 3, 2019

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE