DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    cynthia.frey@usdoj.gov
    William.frentzen@usdoj.gov
Attorneys for United States of America


DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    cynthia.frey@usdoj.gov
    William.frentzen@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 17-0175 CRB** |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO UNSEAL THE SEALED TRIAL TRANSCRIPTS AND [PROPOSED] ORDER** |
| CLIFTON BURCH, and PETER MCKEAN, | |
| Defendants. | |

Defendant, Clifton Burch, filed a Motion for a New Trial on August 19, 2019, arguing ineffective assistance of counsel during pre-trial negotiations and trial proceedings. In his Declaration in Support of the Motion for a New Trial, the defendant, Clifton Burch waived the attorney-client privilege with respect to his previous attorney, Eduardo Roy, for purposes of the Motion for a New Trial. Previous to filing his Motion for a New Trial, the defendant moved to unseal the sealed trial transcripts, and this Court so ordered on August 13, 2019.

//

//

//

1  The United States, therefore, moves this Court to find that the defendant has waived the attorney-client privilege with respect to his previous attorney, Eduardo Roy, and to unseal the trial transcript from February 12, 2019, pages 894 through 1119.

DATED: August 22, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


_____/s/_____
CYNTHIA FREY
WILLIAM FRENTZEN
Assistant United States Attorney

# [PROPOSED] ORDER

## GRANTING THE UNITED STATES' MOTION TO UNSEAL

The Court having duly considered the United States' Motion to Unseal Trial Transcripts, and for the reasons stated in the United States' Motion and good cause having been shown, hereby finds that the defendant, Clifton Burch, has waived the attorney-client privilege with respect to his previous attorney, Eduardo Roy, and that the sealed trial transcript from February 12, 2019, pages 894 through 1119 shall be unsealed.

**IT IS SO ORDERED**

DATED: August 27, 2019

_____
HONORABLE CHARLES R. BREYER
United States Senior District Judge